AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Massachusetts

| UNITED STATES OF AMERICA<br>V.<br><br>Christopher Lograsso<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:     03-M00113-LPC |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>John Joseph Moakley U.S. Courthouse, 1 Courthouse Way<br>Boston, Massachusetts<br><br>Before:     Lawrence P. Cohen, United States Magistrate Judge | Room<br>Courtroom 23<br><br>Date and Time<br>December 18, 2003 at 2:00 p.m. |

To answer a(n)

G   Indictment          G   Information          x   Complaint          G   Violation Notice          G   Probation Violation Petition

Charging you with a violation of Title     18     United States Code, Section(s)     2252(a)(1) and (a)(4)(B)

Brief description of offense:
Causing the Interstate transportation of sexually explicit depictions of minors

_(signature)_                                                                                     December 1, 2003
Signature of Issuing Officer                                                                      Date

Lawrence P. Cohen, United States Magistrate Judge
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

|  | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

G   Served personally upon the defendant at: _____

G   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

G   Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _____              _____
          Date                                Name of United States Marshal

                                              _____
                                              (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

Case 1:03-mj-00113-LPC    Document 2    Filed 12/01/2003    Page 3 of 3