AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MA__

filed
in open
court
12-18-03

## APPEARANCE

Case Number: 03-113-LPC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for __Christopher Loguercio__

I certify that I am admitted to practice in this court.

Date: 12/18/03

Signature: _[signed]_

Print Name: Steven J. Rappaport   Bar Number: 412300

Address: 228 Central Street

City: Lowell   State: MA   Zip Code: 01852

Phone Number: 978-424-8103   Fax Number: 937-9422