```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | NO.  03-M-00113-LPC |
| | ) | |
| | ) | |
| CHRISTOPHER LOGRASSO | ) | |

### DEFENDANT CHRISTOPHER LOGRASSO'S MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

Now comes the defendant and requests a modification of the Order Setting Conditions of Release. The conditions of release, require the defendant, among other conditions, to maintain his current residence. On or about July 15, 2005, the defendant began residing at 16 Hill Street, Somerville, MA. The defendant has since found alternative housing. The defendant's new address is 15 Frank Street, Unit 4, Dracut, MA. The defendant requests that the provision which states "maintain current residence" be modified to reflect his new residence of 15 Frank Street, Unit 4, Dracut, MA.

The defendant agrees to abide by all other conditions of release, which this Court determines to be appropriate under the circumstances.

Wherefore, the defendant respectfully requests this Honorable Court to grant him this modification of his conditions of release.

Respectfully submitted,

CHRISTOPHER LOGRASSO
By his attorney


<u>s/Steven J. Rappaport</u>
Steven J. Rappaport
Rappaport & Delaney
228 Central Street
Lowell, MA 01852
(978) 454-8103
B.B.O.#412300

DATED: August 23, 2005